No. 9017.   CHARLES HOLZHEIMER, ROBERT HOLZHEIMER, DONALD HOLZHEIMER and ALVIN PERMANN, Plaintiffs and Respondents, v. T. W. EMMETT, Deputy Game Warden; CARL FALLER, Deputy Sheriff of Cascade County, Montana; D. J. LEEPER, Sheriff of Cascade County, Montana; JOHN D. McDONALD, Justice of the Peace of Great Falls Township, and ROBERT J. NELSON, County Attorney of Cascade County, Montana, its agents, and all other officers, agents, subordinates, deputies and employees of the above-named officers, Defendants and Appellants.

226 Pac. (2d) 500.

Decided January 19, 1951.

*John D. Stafford,* former Deputy County Atty., *R. J. Nelson,* former County Atty., *Ted James,* present County Atty., Great Falls, *John H. Risken,* Special Asst. Atty. Gen., Helena, for appellant.

*Greenan & Manion,* and *McCabe & McCabe,* Great Falls, for respondent.

MR. CHIEF JUSTICE ADAIR:

On written praecipe executed and filed by Arnold H. Olsen, Attorney General of the State of Montana and Ted James of Cascade County, Montana, counsel for appellants, and written consent executed and filed by Howard T. Manion, and E. J. McCabe, Jr., counsel for respondents;

It is ordered, that the appeal in the above numbered and en-

614.

titled cause be and it is dismissed upon the merits and with prejudice.